**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Leopold B. Epee, on behalf of Bekele Asres Bogale, | Case No. 18-cv-2520 (PAM/TNL) |
| Plaintiff, | |
| | **ORDER** |
| v. | |
| United States Citizenship and Immigration Services, | |
| Defendant. | |

This matter is before the Court, United States Magistrate Judge Tony N. Leung, on Defendant's Request for a Stay of the Entire Case in Light of Lapse of Appropriations (ECF No. 13). Department of Justice attorneys are prohibited from working, even on a voluntary basis, except in very limited circumstances, such as "emergencies involving the safety of human life or the protection of property," until funding is restored to the Department. 31 U.S.C. § 1342. Based on the foregoing, **IT IS HEREBY ORDERED** that Defendant's Request for a Stay of the Entire Case in Light of Lapse of Appropriations (ECF No. 13) is **GRANTED**, and counsel for Defendant shall inform the Court as soon as Congress has appropriated funds for the Department to resume operations.

Date: January 11, 2019        _s/ Tony N. Leung_

Tony N. Leung
United States Magistrate Judge